**Roman TIFFER, Appellant**

v.

**GOVERNMENT OF the DISTRICT OF COLUMBIA, OFFICE OF the CHIEF FINANCIAL OFFICER, Office of Tax and Revenue, Appellee**

No. 16-7080
September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 12/01/2016

Roman Tiffer, Pro Se.

Loren L. AliKhan, Deputy Solicitor General, Office of the Attorney General, District of Columbia, Office of the Solicitor

General, Washington, DC, for Defendant–Appellee.

BEFORE: Srinivasan and Wilkins, Circuit Judges, and Ginsburg, Senior Circuit Judge

### JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 15, 2016 be affirmed. The district court properly dismissed appellant's complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 8(a), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief" and "a demand for the relief sought."

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.